## Notice Recipients

District/Off: 0756–2         User: admin                  Date Created: 7/19/2018
Case: 18–80447–JJG–7         Form ID: SF01007N            Total: 2

**Recipients of Notice of Electronic Filing:**
aty         John R Himes         HIMESLAWOFFICE@AOL.COM

                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Leo Pettyjohn        4428 North 14th Street      Terre Haute, IN 47805

                                                                    TOTAL: 1